SANTINI, PETICIONARIO, *v.* CUEVAS ZEQUEIRA, JUEZ DE DISTRITO,
DEMANDADO.

SOLICITUD para que se expida mandamiento de *certiorari* al
Juez de la Corte de Distrito de Humacao en un caso pro-
cedente de la Corte Municipal de Caguas, sobre tercería
de bienes muebles.

No. 132.—Resuelto en noviembre 6, 1914.

DESESTIMACIÓN DE APELACIÓN—CASOS ORIGINADOS EN LAS CORTES MUNICIPALES—
TRANSCRIPCIÓN DE AUTOS RADICADA FUERA DE TÉRMINO.—No procede deses-
timar una apelación en una corte de distrito por el único fundamento de
haber sido remitida la transcripción de autos por el secretario de la corte
municipal después de transcurrido con exceso el término de veinte días que
marca la ley de marzo 11, 1908, sobre apelaciones contra sentencias dictadas
por las cortes municipales en pleitos civiles, cuando la moción de desestima-
ción se radica después que se ha recibido la transcripción de autos.

Los hechos están expresados en la resolución.

Abogados del peticionario: *Sres. Carlos Buitrago y Car-
los Travecier.*

El demandado no compareció.

RESOLUCIÓN.

POR CUANTO, con fecha 27 de agosto de 1914, fué presentada una solicitud por Juan Manuel Santini interesando la expedición de un auto de *certiorari* contra el Hon. R. Cuevas Zequeira, Juez de la Corte de Distrito de Humacao.

POR CUANTO, según aparece de la misma solicitud, el único fundamento que se refiere a cuestiones que fueron presentadas en la corte *a quo* y resueltas por ésta, es que dicha corte declaró sin lugar una moción para que se desestimara una apelación procedente de la Corte Municipal de Caguas en el caso civil No. 1268 de *Pedro R. Batista* v. *Juan Manuel Santini et al.*, por haber sido remitida la transcripción de autos por el secretario de dicha corte municipal luego de haber transcurrido con exceso el término de veinte días que señala la ley de marzo 11, 1908, para regular las apelaciones contra sentencias dictadas por las cortes municipales en pleitos civiles.

POR CUANTO, según se desprende de la misma solicitud la moción solicitando la desestimación de la apelación fué registrada en la Corte de Distrito de Humacao después de haber sido recibida en la oficina del secretario de dicha corte la mencionada transcripción de autos.

POR TANTO, visto el caso de *Patxot* v. *Nadal et al.*, 19 D. P. R., 354, por analogía aplicable al presente caso, de que no procede desestimar una apelación luego de haber sido radicada la transcripción de autos, se declara sin lugar dicha solicitud de *certiorari*.

*Denegada la solicitud de* certiorari.

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.

El Juez Asociado Sr. Wolf no formó parte del Tribunal al resolverse este caso.